[No. 16998.   Department Two.   July 31, 1922.]

GEO. W. WARREN, *Appellant*, v. LEBAM MILL & TIMBER COMPANY,
*Respondent.*[1]

Appeal from an order of the superior court for Pacific county,
Hewen, J., entered March 7, 1921, granting a new trial, after the
verdict of a jury rendered in favor of the defendant, in an action on
contract.   Affirmed.

*Fred M. Bond*, for appellant.
*Herman Murray*, for respondent.

PER CURIAM.—Appellant recovered a judgment against respondent
for personal services and the trial court granted a new trial on the
ground that the evidence did not sustain the verdict.

No useful purpose will be served by reciting the facts.   In our
opinion an examination of the testimony shows that the trial court
was fully warranted in its action and it is certain that the evidence
does not present a clear case of error on the part of the trial judge
which must exist before this court will interfere.   *Getty v. Hutton*,
110 Wash. 429, 188 Pac. 497, and cases cited.

The judgment is affirmed.

---

[No. 17185.   Department Two.   October 6, 1922.]

THE CITY OF TACOMA, *Appellant*, v. RASMUS HANSEN *et al.*,
*Respondents.*[2]

Appeal from an order of the superior court for Mason county,
Wilson, J., entered September 3, 1921, granting a new trial after the
verdict of a jury awarding damages in condemnation proceedings.
Affirmed.

*J. Chas. Dennis, Percy P. Brush*, and *Chas. R. Lewis*, for appellant.
*A. A. Bayley* and *Troy & Sturdevant*, for respondent.

PER CURIAM.—This is a companion case to the case of *Tacoma v.
Olympia Door Co., ante* p. 404, 209 Pac. 836, and upon the authority
of that case the judgment will be affirmed.

[1]Reported in 207 Pac. 949.
[2]Reported in 209 Pac. 837.